808 541 1303  U.S. DISTRICT COURT

**ORIGINAL**

2003V00157
EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

R. MICHAEL BURKE 1902
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850-6100
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
E-mail: mike.burke@usdoj.gov

**LODGED**

SEP 2 5
10:30
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MATTHEW A. WALKER,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN E. POTTER, in his<br>capacity as the Postmaster<br>General, United States<br>Postal Service,<br><br>    Defendant. | CIVIL NO. 03-00364 MEA LEK<br><br>STIPULATION OF DISMISSAL WITH<br>PREJUDICE; ORDER |

STIPULATION OF DISMISSAL WITH PREJUDICE

  It is hereby stipulated by and between the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, that the above entitled action as to defendant John E. Potter be

dismissed with prejudice, each party to bear its own costs.

There are no remaining claims or parties.

DATED: Honolulu, Hawaii, SEP 2 8 2006 _____.

_____
CLAYTON C. IKEI
JERRY P.S. CHANG

Attorneys for Plaintiff
MATTHEW A. WALKER


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
R. MICHAEL BURKE
Assistant U.S. Attorney

Attorneys for Defendant
JOHN E. POTTER


APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE


Matthew A. Walker v. Potter, Civil No. 03-00364 MEA LEK
"Stipulation of Dismissal with Prejudice"


-2-